SURROGATES'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
In the Matter of
   DALIA GENGER,
   Trustee of the Orly Genger 1993 Trust,
      Petitioner,

          -against-

ORLY GENGER, ARIE GENGER, GLENCLOVA
INVESTMENT COMPANY, TR INVESTORS, LLC
NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC
TRANS-RESOURCES, INC., ARNOLD BROSER,
DAVID BROSER, JOHN DOES 1-20, and
JANE DOES 1-20,
      Respondents.
-----------------------------------------------------------------x

Index No. 2008-0017/E

**ATTORNEY AFFIRMATION AMENDING CAPTION**

Judith L. Bachman, Esq., pursuant to CPLR § 2106 and under the penalties of perjury, affirms as follows:

1. I am an attorney at law duly licensed to practice in the state of New York.

2. I am the attorney of record for Dalia Genger, Trustee of the Orly Genger 1993 Trust.

3. I hereby change the caption in this matter to be

   **In the Matter of the Petition of Dalia Genger, Trustee of the Orly Genger 1993 Trust, to Turnover Property to the Orly Genger 1993 Trust.**

4. All subsequent filings in this matter will have this amended caption.

DATED: June 27, 2017

*[Signature]*

*[Stamp: New York County Surrogate's Court, MISCELLANEOUS DEPT., JUL 2017, FILED, Clerk___]*