SURROGATES'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK



-------------------------------------------------------x
In the Matter of the Petition of Dalia Genger, as Trustee
of the Orly Genger 1993 Trust, Created by Trust
Agreement Dated December 13, 1993 between ARIE
GENGER, as Grantor, and LAWRENCE M. SMALL
and SASH A. SPENCER, as Trustees, to Turnover
Property to the Orly Genger 1993 Trust.
-------------------------------------------------------x

Index No. 2008-0017/E

**ATTORNEY AFFIRMATION AMENDING CAPTION**

Judith L. Bachman, Esq., pursuant to CPLR § 2106 and under the penalties of perjury, affirms as follows:

1. I am an attorney at law duly licensed to practice in the state of New York.

2. I am the attorney of record for Dalia Genger, Trustee of the Orly Genger 1993 Trust.

3. I hereby change the caption in this matter to be

   **In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust.**

4. All subsequent filings in this matter will have this amended caption.

DATED: December 13, 2017