IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *



Index # 2008-0017/E
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET
APT 2F, WHITESTONE, NY 11357

That on January 5, 2018 at 02:29 PM at

C/O THE TRUMP GROUP
400 PARK AVENUE
19TH FLOOR
NEW YORK, NY 10022

> New York County Surrogate's Court
> MISCELLANEOUS DEPT.
> JAN 11 2018
> FILED
> Clerk_____

deponent served the within MISCELLANEOUS CITATION on TRANS-RESOURCES, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to "JANE SMITH" personally, deponent knew said corporation so served to be the corporation described in said MISCELLANEOUS CITATION as TRANS-RESOURCES, INC. and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 43 | 5'4 | 140 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

Sworn to me on: January 8, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 686113

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

SURROGATE'S COURT OF THE STATE OF NEW YORK  
COUNTY OF NEW YORK

Attorney: JUDITH LISA BACHMAN, ESQ.



IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *

Index # 2008-0017/E  
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET APT 2F, WHITESTONE, NY 11357

That on January 5, 2018 at 02:29 PM at

C/O THE TRUMP GROUP  
400 PARK AVENUE  
19TH FLOOR  
NEW YORK, NY 10022

deponent served the within MISCELLANEOUS CITATION on NEW TR EQUITY II, LLC therein named.

BY LEAVING A TRUE COPY WITH "JANE SMITH", BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 43 | 5'4 | 140 |

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES



Sworn to me on: January 8, 2018

JOSEPH KNIGHT  
Notary Public, State of New York  
No. 01KN6178241  
Qualified In New York County  
Commission Expires November 26, 2019

RALPH J MULLEN  
Notary Public, State of New York  
No. 01MU6238632  
Qualified in New York County  
Commission Expires April 11, 2019

VINETTA BREWER  
Notary Public, State of New York  
No. 4949206  
Qualified in Bronx County  
Commission Expires April 3, 2019

**CHRISTOPHER J. KLEIN**  
License #: 1188546  
Invoice #: 686113

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *



Index # 2008-0017/E
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET APT 2F, WHITESTONE, NY 11357

That on January 5, 2018 at 02:29 PM at

C/O THE TRUMP GROUP
400 PARK AVENUE
19TH FLOOR
NEW YORK, NY 10022

deponent served the within MISCELLANEOUS CITATION on NEW TR EQUITY I, LLC therein named.

BY LEAVING A TRUE COPY WITH "JANE SMITH", BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 43 | 5'4 | 140 |

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

New York County Surrogate's Court
MISCELLANEOUS DEPT.
JAN 11 2018
FILED
Clerk_____

Sworn to me on: January 8, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 |

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 686113

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

| SURROGATE'S COURT OF THE STATE OF NEW YORK | Attorney: JUDITH LISA BACHMAN, ESQ. |
|---|---|
| COUNTY OF NEW YORK | |

IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *



Index # 2008-0017/E
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET APT 2F, WHITESTONE, NY 11357

That on January 5, 2018 at 02:29 PM at

C/O THE TRUMP GROUP
400 PARK AVENUE
19TH FLOOR
NEW YORK, NY 10022

deponent served the within MISCELLANEOUS CITATION on TR INVESTORS, LLC therein named.

BY LEAVING A TRUE COPY WITH "JANE SMITH", BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 43 | 5'4 | 140 |

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

> New York County Surrogate's Court
> MISCELLANEOUS DEPT.
> JAN 11 2018
> FILED
> Clerk

Sworn to me on: January 8, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | CHRISTOPHER J. KLEIN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 686113 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

SURROGATE'S COURT OF THE STATE OF NEW YORK  Attorney: JUDITH LISA BACHMAN, ESQ.
COUNTY OF NEW YORK

IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY
TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE
GENGER, *



Index # 2008-0017/E
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET
APT 2F, WHITESTONE, NY 11357

That on January 5, 2018 at 02:29 PM at

C/O THE TRUMP GROUP
400 PARK AVENUE
19TH FLOOR
NEW YORK, NY 10022

deponent served the within MISCELLANEOUS CITATION on GLENCLOVA INVESTMENT COMPANY therein named.

BY LEAVING A TRUE COPY WITH "JANE SMITH", BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 43 | 5'4 | 140 |

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES



New York County Surrogate's Court
MISCELLANEOUS DEPT.
JAN 11 2018
FILED
Clerk_____

Sworn to me on: January 8, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **CHRISTOPHER J. KLEIN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 686113 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

SURROGATE'S COURT OF THE STATE OF NEW YORK  
COUNTY OF NEW YORK

Attorney: JUDITH LISA BACHMAN, ESQ.

IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *


ORIGINAL

Index # 2008-0017/E  
Court Date February 6, 2018

Mail Date December 29, 2017

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET APT 2F, WHITESTONE, NY 11357

That on December 29, 2017 at a regular depository maintained by the United States Post Office deponent mailed a copy of the MISCELLANEOUS CITATION to ARIE GENGER at

17001 COLLINS AVENUE  
SUNNY ISLES BEACH, FL 33160

Copy was mailed CERTIFIED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #000002888896 and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

> New York County Surrogate's Court  
> MISCELLANEOUS DEPT.  
> JAN 11 2018  
> FILED  
> Clerk _____

Sworn to me on: January 9, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 |

**CHRISTOPHER J. KLEIN**  
License #: 1188546  
Invoice #: 686112

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Attorney: JUDITH LISA BACHMAN, ESQ.

IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *


ORIGINAL

Index # 2008-0017/E
Court Date February 6, 2018

Mail Date December 29, 2017

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET
APT 2F, WHITESTONE, NY 11357

That on December 29, 2017 at a regular depository maintained by the United States Post Office deponent mailed a copy of the MISCELLANEOUS CITATION to ARNOLD BROSER at

5371 FISHER ISLAND DRIVE
MIAMI BEACH, FL 33109

Copy was mailed CERTIFIED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #000002888889 and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

New York County Surrogate's Court
MISCELLANEOUS DEPT.
JAN 1 1 2018
FILED
Clerk_____

Sworn to me on: January 9, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2019 | Commission Expires April 11,2019 | Commission Expires April 3, 2019 |

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 686115

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

Attorney: JUDITH LISA BACHMAN, ESQ.

IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *



Index # 2008-0017/E
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 14-22 150TH STREET
APT 2F, WHITESTONE, NY 11357

That on January 5, 2018 at 01:50 PM at

C/O KELLEY DRYE & WARREN LLP
ATTN: JOHN DELLA PORTAS
101 PARK AVENUE, 27TH FL
NEW YORK, NY 10178

deponent served the within MISCELLANEOUS CITATION on SAGI CENTER 1993 TRUST therein named.

BY LEAVING A TRUE COPY WITH PAUL OSTENSEN, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 45 | 6'2 | 210 |

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES



Sworn to me on: January 9, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | CHRISTOPHER J. KLEIN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 686117 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045