

IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *

Index # 2008-0017/E
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 69 JAYSON AVENUE, GREAT NECK, NY 11021

That on January 22, 2018 at 01:03 PM at

104 WEST 40TH STREET
19TH FLOOR
NEW YORK, NY 10018

deponent served the within MISCELLANEOUS CITATION on DAVID BROSER therein named.

**INDIVIDUAL** by delivering a true copy of each to DAVID BROSER personally; deponent knew the person so served to be the person described as DAVID BROSER therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 50 | 5'7 | 150 |

**MILITARY SERVICE** Person spoken to was asked whether DAVID BROSER was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that DAVID BROSER is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

Sworn to me on: January 23, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**ANDRE MEISEL**
License #: 1372356
Invoice #: 686116

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045