IN RE: CONCERNING THE ORLY GENGER 1993 TRUST CREATED BY TRUST AGREEMENT, DATED DECEMBER 13, 1993 BETWEEN ARIE GENGER, *



Index # 2008-0017/E
Court Date February 6, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 69 JAYSON AVENUE, GREAT NECK, NY 11021

That on January 22, 2018 at 04:02 PM at

C/O KASOWITZ BENSON TORRES LLP
ATTN: ANDREW R. KURLAND
1633 BROADWAY, LOBBY
NEW YORK, NY 10019

deponent served the within MISCELLANEOUS CITATION on ORLY GENGER therein named.

BY LEAVING A TRUE COPY WITH "JOHN SMITH", SECURITY GUARD, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BALD | 50 | 6'2 | 200 |

**MILITARY SERVICE**  Person spoken to was asked whether ORLY GENGER was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that ORLY GENGER is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

*AS GRANTOR AND LAWRENCE M. SMALL AND SASH A. SPENCER, AS TRUSTEES

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

PERSON REFUSED TO ALLOW YOUR DEPONENT ACCESS INTO SAID BUILDING.

Sworn to me on: January 23, 2018

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **ANDRE MEISEL** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 686111 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045