SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust.

File No.: 2008-0017/E

Surrogate Nora S. Anderson

---

Dalia Genger, Trustee of the Orly Genger 1993 Trust,

　　Petitioner,

　-against-

Orly Genger, et al.,

　　Respondents.

---

### AFFIRMATION OF LEON FRIEDMAN IN SUPPORT OF MOTION TO DISMISS BY RESPONDENT ARIE GENGER

LEON FRIEDMAN, an attorney duly admitted to practice in the courts of the state of New York, affirms the following under penalties of perjury:

1.　I am the attorney for respondent Arie Genger. I make this affirmation in support of a motion to dismiss the pending petition (the "New Action") brought by Petitioner Dalia Genger.

2.　Arie Genger is in precisely the same position in this matter as Respondent Orly Genger who has submitted a parallel motion to dismiss. As noted in the parallel papers, in December, 2017, Dalia attempted to serve various parties with documents relating to a purportedly new action. The only papers actually served on Arie Genger at this time was a two page document entitled "Miscellaneous Citation." (Attached as Exhibit A.) That document was sent to a former address of Arie Genger, namely 17001 Collins Avenue, Sunny Island Beach

Florida. (See Exhibit B). . It was then forwarded to the new address, 19111 Collins Avenue, as regular mail, and received on January 12, 2018. No petition actually accompanied the two page document.

3. In every other respect, Arie Genger is in precisely the same position as his daughter Orly Genger.as described in her moving papers. Arie Genger hereby incorporates and adopts all of the arguments made by Orly Genger in her filing before this Court in this matter in support of a motion to dismiss..

4. For the reasons stated above, Respondent Arie Genger moves that the pending New Action be dismissed.

Affirmed under penalties of perjury.

Dated: New York, N.Y.
February 4, 2018

Leon Friedman
685 Third Ave, 25th floor
New York, N.Y. 10017
(646) 825-4398
Attorney for Respondent Arie Genger

# EXHIBIT A

Miscellaneous Citation

File No. **2008-0017 / E**

# SURROGATE'S COURT NEW YORK COUNTY

## Citation

THE PEOPLE OF THE STATE OF NEW YORK

TO:
ORLY GENGER,
ARIE GENGER,
GLENCLOVA INVESTMENT COMPANY,
TR INVESTORS, LLC,
NEW TR EQUITY I, LLC,
NEW TR EQUITY II, LLC,
TRANS-RESOURCES, INC.,
ARNOLD BROSER,
DAVID BROSER,
SAGI GENGER 1993 TRUST

A petition having been filed by Dalia Genger, who is domiciled at 200 E. 65th Street, in the City of New York, County of New York and State of New York.

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, New York County, at 31 Chamber Street, Room **509**, New York, New York on **February 6**, 20**18** at 10 o'clock in the forenoon of that day, why a decree should not be made _Concerning the Orly Genger 1993 Trust created by Trust Agreement, dated December 13, 1993 between Arie Genger, as Grantor and Lawrence M. Small and Sash A. Spence as Trustees,_ granting the following relief as requested in the petition

    a.    damages in in the amount of $32.3 million, plus statutory interest;

    b.    imposition of a constructive trust on the Settlement Proceeds;

    c.    an order directing the delivery of the Settlement Proceeds to her as Trustee;

    d.    an accounting of the Settlement Proceeds; and

e.  such other relief as to the Court seems just and necessary.

Dated, Attested and Sealed.

December 21, 2017

Hon. **Nora S. Anderson**, Surrogate

*Diana Sanabria* Chief Clerk

JUDITH BACHMAN, ESQ
254 S. Main Street, Suite 306
New City, New York 10956
(845) 639-3210
jlbesq_99@yahoo.com
*Attorneys for Petitioner Dalia Genger*

[Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.]

**PROOF OF SERVICE MUST BE FILED
TWO DAYS PRIOR TO THE RETURN DATE**
Court Rule 207.7 (c)

# EXHIBIT B

JUDITH LISA BACHMAN, ESQ
254 SOUTH MAIN STREET, STE. 406
NEW CITY, NY 10956

PERSONAL AND CONFIDENTIAL

ARIE GENGER
17001 COLLINS AVENUE
SUNNY ISL

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510  www.aslegal.com

*Index No.* **2008-0017/E**    *Year 20*

## SURROGATE'S COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, to Turnover Property to the Orly Genger 1992 Trust

**Dalia Genger, Trustee of the Orly Genger 1993 Trust**
                                                **Petitioner**

-against-

**Orly Genger, et al**
                                                **Respondents**

## MOTION TO DISMISS

**LEON FRIEDMAN**

*Attorney for* **Respondent Arie Genger**

685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10017
(646) 825-4398

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ..........................................    Signature ............................................................................................................................

Print Signer's Name..............................................................................................................

*Service of a copy of the within*                                            *is hereby admitted.*

*Dated:*

*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY
*that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on*     *20*

☐ NOTICE OF SETTLEMENT
*that an Order of which the within is a true copy will be presented for settlement to the Hon.*                 *, one of the judges of the within-named Court, at on*     *20*     *, at*     *M.*

*Dated:*

**LEON FRIEDMAN**
*Attorney for*

685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10017
(646) 825-4398

*To:*

*Attorney(s) for*