SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust.

File No.: 2008-0017/E

Surrogate Nora S. Anderson

---

Dalia Genger, Trustee of the Orly Genger 1993 Trust,
    Petitioner,

-against-

Orly Genger, et al.,
    Respondents.

## NOTICE OF MOTION TO DISMISS BY RESPONDENT ARIE GENGER

PLEASE TAKE NOTICE that upon the attached affirmation of Leon Friedman, dated February 4, 2018, the undersigned will move this Court, pursuant to SCPA Section 102 and CPLR Sections 3211 (a)(4), (5), (7) and (8) in the Surrogate Court Motion Part, courtroom of Judge Nora Anderson, in the Courthouse located at 31 Chambers Street. New York, N.Y. 10007 on February 27, 2017, at 9:30 A.M. or as soon thereafter as counsel may be heard, for an order dismissing the pending petition brought by Petitioner Dalia Genger and for such other relief as the court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to CPLR 2214(b) answering papers, if any shall be served at least seven two days prior to the return date of this motion.

Dated: New York, N.Y.
    February 5, 2018

                                        _/s/ Leon Friedman_
                                        Leon Friedman
                                        685 Third Avenue. 25th floor
                                        New York, N.Y. 10017
                                        (646) 825-4398
                                        Attorney for Respondent Arie Genger

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust.

File No.: 2008-0017/E

Surrogate Nora S. Anderson

---

Dalia Genger, Trustee of the Orly Genger 1993 Trust,

    Petitioner,

-against-

Orly Genger, et al.,

    Respondents.

---

### AFFIRMATION OF LEON FRIEDMAN IN SUPPORT OF MOTION TO DISMISS BY RESPONDENT ARIE GENGER

LEON FRIEDMAN, an attorney duly admitted to practice in the courts of the state of New York, affirms the following under penalties of perjury:

1. I am the attorney for respondent Arie Genger. I make this affirmation in support of a motion to dismiss the pending petition (the "New Action") brought by Petitioner Dalia Genger.

2. Arie Genger is in precisely the same position in this matter as Respondent Orly Genger who has submitted a parallel motion to dismiss. As noted in the parallel papers, in December, 2017, Dalia attempted to serve various parties with documents relating to a purportedly new action. The only papers actually served on Arie Genger at this time was a two page document entitled "Miscellaneous Citation." (Attached as Exhibit A.) That document was sent to a former address of Arie Genger, namely 17001 Collins Avenue, Sunny Island Beach

Florida. (See Exhibit B). . It was then forwarded to the new address, 19111 Collins Avenue, as regular mail, and received on January 12, 2018. No petition actually accompanied the two page document.

3. In every other respect, Arie Genger is in precisely the same position as his daughter Orly Genger.as described in her moving papers. Arie Genger hereby incorporates and adopts all of the arguments made by Orly Genger in her filing before this Court in this matter in support of a motion to dismiss..

4. For the reasons stated above, Respondent Arie Genger moves that the pending New Action be dismissed.

Affirmed under penalties of perjury.

Dated: New York, N.Y.
February 4, 2018

_Leon Friedman_
Leon Friedman
685 Third Ave, 25th floor
New York, N.Y. 10017
(646) 825-4398
Attorney for Respondent Arie Genger

# EXHIBIT A

Miscellaneous Citation

File No. 2008-0017 /E

## SURROGATE'S COURT NEW YORK COUNTY

### Citation

THE PEOPLE OF THE STATE OF NEW YORK

TO:
ORLY GENGER,
ARIE GENGER,
GLENCLOVA INVESTMENT COMPANY,
TR INVESTORS, LLC,
NEW TR EQUITY I, LLC,
NEW TR EQUITY II, LLC,
TRANS-RESOURCES, INC.,
ARNOLD BROSER,
DAVID BROSER,
SAGI GENGER 1993 TRUST

A petition having been filed by Dalia Genger, who is domiciled at 200 E. 65th Street, in the City of New York, County of New York and State of New York.

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, New York County, at 31 Chamber Street, Room _509_, New York, New York on _February 6_, 2018 at 10 o'clock in the forenoon of that day, why a decree should not be made _Concerning the Orly Genger 1993 Trust created by Trust Agreement, dated December 13, 1993 between Arie Genger, as Grantor and Lawrence M. Small and Sash A. Spencer, as Trustees_, granting the following relief as requested in the petition:

a. damages in in the amount of $32.3 million, plus statutory interest;

b. imposition of a constructive trust on the Settlement Proceeds;

c. an order directing the delivery of the Settlement Proceeds to her as Trustee;

d. an accounting of the Settlement Proceeds; and

e.   such other relief as to the Court seems just and necessary.

Dated, Attested and Sealed,

_December 21, 2017_                                    Hon. _Nora S. Anderson_, Surrogate

_Diana Sanabria_ Chief Clerk

JUDITH BACHMAN, ESQ
254 S. Main Street, Suite 306
New City, New York 10956
(845) 639-3210
jlbesq_99@yahoo.com
*Attorneys for Petitioner Dalia Genger*

[Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.]

> PROOF OF SERVICE MUST BE FILED
> TWO DAYS PRIOR TO THE RETURN DATE
> Court Rule 207.7 (c)

# EXHIBIT B

JUDITH LISA BACHMAN, ESQ.
254 SOUTH MAIN STREET, STE. 406
NEW CITY, NY 10956

PERSONAL AND CONFIDENTIAL

ARIE GENGER
17001 COLLINS AVENUE
SUNNY ISL

NOTIFY SENDER OF NEW ADDRESS
GENGER, ARIE
19111 COLLINS AVE APT 706
SUNNY ISL BCH FL 33160-2379

## CERTIFICATE OF SERVICE

I hereby certify that I am not a party to this action, am over 18 years of age and reside at 148 East 78th Street, New York, N.Y and that I am an attorney duly admitted to the Courts of the State of New York.

On February 5, 2018 I served a copy of the annexed Notice of Motion to Dismiss with accompanying affirmation of Leon Friedman in the following manner:

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Judith Bachman
254 S. Main Street, Suite 406
New City, N.Y. 10956

Dated: February 5, 2018

Leon Friedman