ORIGINAL

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Petition of Dalia Genger, as
Trustee of the Orly Genger 1993 Trust, Created by
Trust Agreement Dated December 13, 1993 between
ARIE GENGER, as Grantor, and LAWRENCE M.
SMALL and SASH A. SPENCER, as Trustees, to
Turnover Property to the Orly Genger 1993 Trust.

Dalia Genger, Trustee of the Orly Genger 1993 Trust,

    Petitioner

 -against-

Orly Genger, et al.,

    Respondents.

File No.:   2008-0017/E

Surrogate Nora S. Anderson



New York County Surrogate's Court
MISCELLANEOUS DEPT.
FEB 0 6 2018
FILED
Clerk

---

## NOTICE OF MOTION TO DISMISS PETITION

PLEASE TAKE NOTICE, that upon the Affirmation of Michael Paul Bowen, dated

February 5, and all exhibits attached thereto, the accompanying Memorandum of Law, and all

prior pleadings and proceedings heretofore had herein, petitioner Orly Genger will move this

Court, at 31 Chambers Street, New York, New York 10007, on February 27, 2018, or as soon

Room 509  10:00 a.m.

thereafter as counsel can be heard, for an Order pursuant to SCPA Section 102 and CPLR

Sections 3211(a)(4), (5), (7) and (8) dismissing Dalia Genger's Petition.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 2214(b), answering

affidavits shall be served at least seven days before the return date of this motion.

Dated:   New York, New York
         February 5, 2018

                                    KASOWITZ BENSON TORRES LLP

                                    By: _____
                                        Michael Paul Bowen
                                        Andrew R. Kurland
                                        1633 Broadway
                                        New York, New York 10019
                                        (212) 506-1700

                                        *Attorneys for Petitioner*

To:

Judith Bachman, Esq.
254 S. Main Street
Suite 306
New City, NY 10956
*Counsel to Petitioner Dalia Genger*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust. | File No.:    2008-0017/E  <br><br> Surrogate Nora S. Anderson |

Dalia Genger, Trustee of the Orly Genger 1993 Trust,

    Petitioner,

  -against-

Orly Genger, et al.,

    Respondents.

## <u>AFFIRMATION OF SERVICE</u>

I am an attorney admitted to practice before the Courts of the State of New York. On February 5, 2018, on behalf of petitioner Orly Genger, I caused to be served by email and FedEx overnight delivery a true and correct copy of Respondent Orly Genger's Notice of Motion to Dismiss the 2016 Petition of Dalia Genger, along with the Memorandum of Law dated February 5, 2018 and the Affirmation of Michael Paul Bowen, dated February 5, 2018, with exhibits, on counsel for Petitioner Dalia Genger at the following address:

> Judith Bachman, Esq.
> 254 S. Main Street
> Suite 306
> New City, NY 10956

Dated: New York, New York
      February 5, 2018

                                          Andrew R. Kurland

ALL-STATE LEGAL®
[illegible] • 07183-GY • 07184-WH
800.222.0510 www.aslegal.com

*Index No.*   0017/E          *Year 20   08*

SURROGATE'S COURT OF THE STATE OF NEW
YORK COUNTY OF NEW YORK

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust.

Dalia Genger, Trustee of the Orly Genger 1993 Trust,

                              Petitioner,

        -against-

Orly Genger, et al.,

                              Respondents.

## NOTICE OF MOTION TO DISMISS, AFFIRMATION OF MICHAEL P. BOWEN AND EXHIBITS, AFFIRMATION OF SERVICE

### KASOWITZ BENSON TORRES LLP

*Attorney(s) for*

*Respondent*   *Office Address & Tel. No.:*

                    1633 BROADWAY
                    NEW YORK, NY 10019
                    212-506-1700

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR.1200.41-a.*

*Dated:*  February 5, 2018          Signature ...........................................................

                              Print Signer's Name ...........  Michael P. Bowen ..................................

*Service of a copy of the within*                                          *is hereby admitted.*

*Dated:*

                              ...........................................................
                              *Attorney(s) for*  Petitioner

## PLEASE TAKE NOTICE

☐   *that the within is a (certified) true copy of a*
NOTICE OF   *entered in the office of the clerk of the within-named Court on*                    20
ENTRY

☐   *that an Order of which the within is a true copy will be presented for settlement to the*
NOTICE OF   *Hon.*                    , *one of the judges of the within-named Court,*
SETTLEMENT   *at*
        *on*                    20        , *at*                    *M.*

*Dated:*

                              KASOWITZ BENSON TORRES LLP
                              *Attorney(s) for*

                                              *Office Address & Tel. No.:*
*To:*

*Attorney(s) for*                              1633 BROADWAY
                              NEW YORK, NY 10019
                              212-506-1700

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust. | File No.:    2008-0017/E<br><br>Surrogate Nora S. Anderson |
| Dalia Genger, Trustee of the Orly Genger 1993 Trust,<br><br>            Petitioner<br><br>    -against-<br><br>Orly Genger, et al.,<br><br>            Respondents. | |

New York County Surrogate's Court
MISCELLANEOUS DEPT.

FEB 0 6 2018

**FILED**

Clerk_____

## NOTICE OF MOTION TO DISMISS PETITION

PLEASE TAKE NOTICE, that upon the Affirmation of Michael Paul Bowen, dated February 5, and all exhibits attached thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, petitioner Orly Genger will move this Court, at 31 Chambers Street, New York, New York 10007, Room 509, on February 27, 2018 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to SCPA Section 102 and CPLR Sections 3211(a)(4), (5), (7) and (8) dismissing Dalia Genger's Petition.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 2214(b), answering affidavits shall be served at least seven days before the return date of this motion.

Dated:   New York, New York
         February 5, 2018

                              KASOWITZ BENSON TORRES LLP

                              By: _____
                                  Michael Paul Bowen
                                  Andrew R. Kurland
                                  1633 Broadway
                                  New York, New York 10019
                                  (212) 506-1700

                                  *Attorneys for Petitioner*

To:

Judith Bachman, Esq.
254 S. Main Street
Suite 306
New City, NY 10956
*Counsel to Petitioner Dalia Genger*

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510  www.aslegal.com

*Index No.*    0017/E              *Year 20*    *08*

## SURROGATE'S COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust.

Dalia Genger, Trustee of the Orly Genger 1993 Trust,

                                  Petitioner,

        -against-

Orly Genger, et al.,

                          Respondents.

## NOTICE OF MOTION TO DISMISS PETITION

### KASOWITZ BENSON TORRES LLP

*Attorney(s) for*

*Respondent*    *Office Address & Tel. No.:*

1633 BROADWAY
NEW YORK, NY 10019
212-506-1700

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR.1200.41-a.*

*Dated:* February 5, 2018

Signature ....................................................................................

Print Signer's Name ..............:  Michael P. Bowen .................................

*Service of a copy of the within*                                            *is hereby admitted.*

*Dated:*

                                  ....................................................................
                                  *Attorney(s) for*  Petitioner

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY  *that the within is a (certified) true copy of a*
*entered in the office of the clerk of the within-named Court on*                   *20*

☐ NOTICE OF SETTLEMENT  *that an Order of which the within is a true copy will be presented for settlement to the*
*Hon.*                          *, one of the judges of the within-named Court,*
*at*
*on*                   *20*      *, at*              *M.*

*Dated:*

                          KASOWITZ BENSON TORRES LLP
                          *Attorney(s) for*

                                          *Office Address & Tel. No.:*

*To:*

*Attorney(s) for*                          1633 BROADWAY
                                  NEW YORK, NY 10019
                                  212-506-1700

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust. | File No.:    2008-0017/E<br><br>Surrogate Nora S. Anderson |

Dalia Genger, Trustee of the Orly Genger 1993 Trust,

    Petitioner,

  -against-

Orly Genger, et al.,

    Respondents.

## AFFIRMATION OF SERVICE

I am an attorney admitted to practice before the Courts of the State of New York. On February 5, 2018, on behalf of petitioner Orly Genger, I caused to be served by email and FedEx overnight delivery a true and correct copy of Respondent Orly Genger's Notice of Motion to Dismiss the 2016 Petition of Dalia Genger, along with the Memorandum of Law dated February 5, 2018 and the Affirmation of Michael Paul Bowen, dated February 5, 2018, with exhibits, on counsel for Petitioner Dalia Genger at the following address:

> Judith Bachman, Esq.
> 254 S. Main Street
> Suite 306
> New City, NY 10956

Dated: New York, New York
      February 5, 2018

                                      Andrew R. Kurland