SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of DALIA GENGER, trustee of the ORLY GENGER 1993 TRUST,<br><br>Petitioner,<br><br>- against -<br><br>ORLY GENGER, ARIE GENGER, GLENCLOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, TRANS-RESOURCES, INC., ARNOLD BROSER, DAVID BROSER, JOHN DOES 1-20, and JANE DOES 1-20,<br><br>Respondents. | FILE NO.   2008-0017/E<br><br>Hon. Nora S. Anderson<br><br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT upon the Memorandum of Law in Support of the TR Entities' Motion to Dismiss the Petition for Turnover of Trust Property and Other Relief, the Affirmation of John Boyle in Support dated February 5, 2018 and all exhibits attached thereto, the Affirmation of Mark S. Hirsch in Support dated February 5, 2018, and all prior pleadings and proceedings heretofore, respondents Glenclova Investment Company, TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, and Trans-Resources LLC (collectively the "TR Entities") will move this court, sitting at 31 Chambers Street, New York, New York 10007, on February 27, 2018, at 10:00 a.m. or as soon thereafter as counsel can be heard, for an Order pursuant to CPLR 213, CPLR 214, CPLR 311, CPLR 311-a, CPLR 3016(b), CPLR 3211(a) (1), (3), (4), (5), (7) and (8), and SCPA 301 dismissing the Petition of Dalia Genger as Trustee as against the TR Entities.

PLEASE TAKE NOTICE that pursuant to CPLR 2214(b), answering papers, if any, and cross-motion, if any, must be served upon the undersigned at least seven (7) days before the return date of this motion.

Dated: February 6, 2018
New York, NY

        SKADDEN, ARPS, SLATE,
        MEAGHER & FLOM LLP

        */s/ John Boyle*
        John Boyle
        Four Times Square
        New York, New York 10036
        (212) 735-3000
        john.boyle@skadden.com

*Attorneys for Respondents Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, and Trans-Resources LLC*

To:

| | |
|---|---|
| JUDITH LISA BACHMAN, ESQ.<br>254 S. Main Street, Suite 306<br>New City, New York 10956<br>(845) 639-3210<br><br>*Attorney for Petitioner Dalia Genger* | KASOWITZ BENSON TORRES LLP<br>Michael Paul Bowen<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br><br>*Attorneys for Respondent Orly Genger* |
| KELLEY DRYE & WARREN LLP<br>John Dellaportas<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-5000<br><br>*Attorneys for Sagi Genger* | STEVEN RIKER, ESQ.<br>One Grand Central Place, 46th Floor<br>New York, NY 10165<br>(212) 661-6410<br><br>*Guardian Ad Litem* |

2

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------x
In The Matter of DALIA GENGER, Trustee of :    File No. 2008-0017/E
the ORLY GENGER 1993 TRUST,                :
                                                                    Hon. Nora S. Anderson
                           Petitioner,  :

            - against -                                    :

ORLY GENGER, ARIE GENGER,                      :
GLENCLOVA INVESTMENT COMPANY,
TR INVESTORS, LLC, NEW TR EQUITY I,        :
LLC, NEW TR EQUITY II, LLC, TRANS-
RESOURCES, INC., ARNOLD BROSER,         :
DAVID BROSER, JOHN DOES 1-20, and
JANE DOES 1-20,                                              :

                          Respondents.  :

---------------------------------x

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

      Julie M. Thaxton, being duly sworn, deposes and says:

      1. That deponent is over eighteen years of age, not a party to the action and is employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

      2. That on the 6th day of February 2018, deponent served a true copy of the

- ***Notice of Motion,***

- ***Affirmation of John Boyle in Support of the TR Entities' Motion to Dismiss the Petition For Turnover of Trust Property and Other Relief*** with the annexed Exhibits A-L,

- ***Affirmation of Mark S. Hirsch in Support of Motion to Dismiss*** and

- *Memorandum of Law in Support of the TR Entities' Motion to Dismiss the Petition for Turnover of Trust Property and Other Relief Filed on June 14, 2016, by Dalia Genger as Trustee of the Orly Genger 1993 Trust*

by Federal Express, overnight delivery upon:

>Judith Lisa Bachman, Esq.
>254 S. Main Street, Suite 306
>New City, New York 10956
>
>Kelley Drye & Warren LLP
>John Dellaportas
>101 Park Avenue
>New York, NY 10178
>
>Kasowitz Benson Torres LLP
>Michael Paul Bowen
>1633 Broadway
>New York, NY 10019
>
>Steven Riker, Esq.
>One Grand Central Place, 46th Floor
>New York, NY 10165

*Julie M. Thaxton*
Julie M. Thaxton

Sworn to before me this
6th day of February 2018.

*Matthew Koenig*
Notary Public, State of New York
Reg. No. 01KO6211943
Qualified in New York County
Commission Expires Sept. 23, 2021

2

File No. 2008-0017/E

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of DALIA GENGER, trustee of the ORLY GENGER 1993 TRUST,

                Petitioner,

-against-

ORLY GENGER, ARIE GENGER, GLENCLOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, TRANS-RESOURCES, INC., ARNOLD BROSER, DAVID BROSER, JOHN DOES 1-20, and JANE DOES 1-20,

                Respondents.

## NOTICE OF MOTION

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ATTORNEYS FOR GLENCLOVA INVESTMENT CO., TR INVESTORS, LLC,
NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, and TRANS-RESOURCES LLC.

FOUR TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 735-3000

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------x
In The Matter of DALIA GENGER, Trustee of :     File No. 2008-0017/E
the ORLY GENGER 1993 TRUST,       :

                                                         Hon. Nora S. Anderson

                             Petitioner,    :

                     - against -                :

ORLY GENGER, ARIE GENGER,              :
GLENCLOVA INVESTMENT COMPANY,
TR INVESTORS, LLC, NEW TR EQUITY I,   :
LLC, NEW TR EQUITY II, LLC, TRANS-
RESOURCES, INC., ARNOLD BROSER,    :
DAVID BROSER, JOHN DOES 1-20, and
JANE DOES 1-20,                        :

                            Respondents.   :

----------------------------------x

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK    )

         Julie M. Thaxton, being duly sworn, deposes and says:

         1. That deponent is over eighteen years of age, not a party to the action and is employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

         2. That on the 6th day of February 2018, deponent served a true copy of the

- *Notice of Motion,*

- *Affirmation of John Boyle in Support of the TR Entities' Motion to Dismiss the Petition For Turnover of Trust Property and Other Relief with the annexed Exhibits A-L,*

- *Affirmation of Mark S. Hirsch in Support of Motion to Dismiss* and

- *Memorandum of Law in Support of the TR Entities' Motion to Dismiss the Petition for Turnover of Trust Property and Other Relief Filed on June 14, 2016, by Dalia Genger as Trustee of the Orly Genger 1993 Trust*

by Federal Express, overnight delivery upon:

>Arnold Broser
>5371 Fisher Island Drive
>Miami Beach, FL 33109
>
>Arie Genger
>17001 Collins Avenue
>Sunny Isles Beach, FL 33160

_____
Julie M. Thaxton

Sworn to before me this
6th day of February 2018.

_____
Matthew Koenig
Notary Public, State of New York
Reg. No. 01KO6211943
Qualified in New York County
Commission Expires Sept. 23, 2021

2