Miscellaneous Citation                                File No. 2008-0017 / E

## SURROGATE'S COURT NEW YORK COUNTY

### Citation

THE PEOPLE OF THE STATE OF NEW YORK

TO:
ORLY GENGER,
ARIE GENGER,
GLENCLOVA INVESTMENT COMPANY,
TR INVESTORS, LLC,
NEW TR EQUITY I, LLC,
NEW TR EQUITY II, LLC,
TRANS-RESOURCES, INC.,
ARNOLD BROSER,
DAVID BROSER,
SAGI GENGER 1993 TRUST

A petition having been filed by Dalia Genger, who is domiciled at 200 E. 65th Street, in the City of New York, County of New York and State of New York.

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, New York County, at 31 Chamber Street, Room 509, New York, New York on February 6, 2018 at 10 o'clock in the forenoon of that day, why a decree should not be made Concerning the Orly Genger 1993 Trust created by Trust Agreement, dated December 13, 1993 between Arie Genger, as Grantor and Lawrence M. Small and Sash A. Spencer, as Trustees, granting the following relief as requested in the petition:

    a.    damages in in the amount of $32.3 million, plus statutory interest;

    b.    imposition of a constructive trust on the Settlement Proceeds;

    c.    an order directing the delivery of the Settlement Proceeds to her as Trustee;

    d.    an accounting of the Settlement Proceeds; and

e. such other relief as to the Court seems just and necessary.

Dated, Attested and Sealed,

December 21, 2017

Hon. Nora S. Anderson, Surrogate

Diana Sanabria  Chief Clerk

JUDITH BACHMAN, ESQ
254 S. Main Street, Suite 306
New City, New York 10956
(845) 639-3210
jlbesq_99@yahoo.com
*Attorneys for Petitioner Dalia Genger*

[Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.]

**PROOF OF SERVICE MUST BE FILED
TWO DAYS PRIOR TO THE RETURN DATE**
Court Rule 207.7 (c)