SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------x
In The Matter of DALIA GENGER, Trustee of
the ORLY GENGER 1993 TRUST,

                      Petitioner,

              - against -

ORLY GENGER, ARIE GENGER,
GLENCLOVA INVESTMENT COMPANY,
TR INVESTORS, LLC, NEW TR EQUITY I,
LLC, NEW TR EQUITY II, LLC, TRANS-
RESOURCES, INC., ARNOLD BROSER,
DAVID BROSER, JOHN DOES 1-20, and
JANE DOES 1-20,

                      Respondents.
---------------------------------x

File No. 2008-0017/E

Hon. Nora S. Anderson

AFFIDAVIT OF SERVICE

*New York County Surrogate's Court*
*MISCELLANEOUS DEPT.*
*FEB 0 8 2018*
*FILED*
*Clerk_____*

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        Richard Gomez, being duly sworn, deposes and says:

        1. That deponent is over eighteen years of age, not a party to the action and is employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

        2. That on the 7th day of February 2018, deponent served a true copy of the

- *Notice of Motion,*

- *Affirmation of John Boyle in Support of the TR Entities' Motion to Dismiss the Petition For Turnover of Trust Property and Other Relief with the annexed Exhibits A-L,*

- *Affirmation of Mark S. Hirsch in Support of Motion to Dismiss* and

- *Memorandum of Law in Support of the TR Entities' Motion to Dismiss the Petition for Turnover of Trust Property and Other Relief Filed on June 14, 2016, by Dalia Genger as Trustee of the Orly Genger 1993 Trust*

by Federal Express, overnight delivery upon:

        Leon Friedman
        685 Third Avenue, 25th Floor
        New York, NY 10017

        The Freyberg Law Group
        950 Third Avenue
        Suite 3200
        New York, NY 10022

        _____
        Richard Gomez

Sworn to before me this
8th day of February 2018.

_____
Matthew Koenig
Notary Public, State of New York
Reg. No. 01KO6211943
Qualified in New York County
Commission Expires Sept. 23, 2021