SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Petition of Dalia Genger, as Trustee of
the Orly Genger 1993 Trust, Created by Trust Agreement
Dated December 13, 1993 between ARIE GENGER,
as Grantor, and LAWRENCE M. SMALL and
SASH A. SPENCER, as Trustees, to Turnover Property
o the Orly Genger 1993 Trust.

-----------------------------------------------------------------x

    DALIA GENGER,
    Trustee of the Orly Genger 1993 Trust,

        Petitioner,                                                    Index No. 2008-0017/E

            -against-

ORLY GENGER, ARIE GENGER, GLENCLOVA
INVESTMENT COMPANY, TR INVESTORS, LLC                          AFFIRMATION OF
NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC,                   SERVICE OF
TRANS-RESOURCES, LLC, AS SUCCESSOR TO                          AMENDED PETITION
TRANS-RESOURCES, INC., ARNOLD BROSER,
DAVID BROSER, JOHN DOES. 1-20, and
JANE DOES 1-20,

        Respondents,
-----------------------------------------------------------------X

    Judith Bachman, an attorney duly admitted to practice before the Courts of the State of New York, affirms under the penalties of perjury that: on April 16, 2018, the undersigned served the within Amended Petition, with supporting papers, on the attorneys set forth below at their respective addresses set forth below, by depositing one (1) true copy of the same, enclosed in a postpaid, properly addressed overnight mail wrapper, in an official depository of Federal Express located within New York State.

John Boyle
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, New York

Michael P. Bowen
Kasowitz, Benson
1633 Broadway
New York, New York

Mitchell D. Goldberg
The Freyberg Law Group
950 Third Avenue, 32nd Floor
New York, New York

Leon Friedman
685 Third Avenue, 25th Floor
New York, New York

John DellaPortas
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Dated: April 16, 2018
       New City, New York

_____
Judith Bachman