
SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust. | File No.: 2008-0017/E<br><br>Surrogate Nora S. Anderson |
| Dalia Genger, Trustee of the Orly Genger 1993 Trust, Petitioner,<br><br>-against-<br><br>Orly Genger, et al., Respondents. | |

## NOTICE OF MOTION TO DISMISS BY RESPONDENT ARIE GENGER

PLEASE TAKE NOTICE that upon the attached affirmation of Leon Friedman, dated May 4, 2018, the Respondent Arie Genger will move this Court, located at 31 Chambers Street. New York, N.Y. 10007, Room 509, on June 1, 2018 at 10.00 A.M. or as soon thereafter as counsel may be heard, for an order pursuant to SCPA Section 102 and CPLR Sections 3211 (a)(4), (5), (7) and (8) dismissing the pending "Amended Petition" brought by Petitioner Dalia Genger and for such other relief as the court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to CPLR 2214(b) answering papers, if any shall be served at least seven days prior to the return date of this motion.

Dated: New York, N.Y.
      May 4. 2018

                                                  Leon Friedman
                                                  685 Third Avenue. 25th floor
                                                  New York, N.Y. 10017
                                                  (646) 825-4398
                                                  Attorney for Respondent Arie Genger