SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust.

FILE NO.   2008-0017/E

Hon. Nora S. Anderson

---

In the Matter of DALIA GENGER, trustee of the ORLY GENGER 1993 TRUST,

    Petitioner,

    - against -

ORLY GENGER, ARIE GENGER, GLENCLOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, TRANS-RESOURCES, INC., ARNOLD BROSER, DAVID BROSER, JOHN DOES 1-20, and JANE DOES 1-20,

    Respondents.

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE THAT upon the Memorandum of Law in Support of the TR Entities' Motion to Dismiss the Amended Petition for Turnover of Trust Property and Other Relief, the Affirmation of John Boyle in Support dated May 7, 2018 and all exhibits attached thereto, the Affirmation of Mark S. Hirsch in Support dated May 7, 2018, and all prior pleadings and proceedings heretofore, respondents Glenclova Investment Company, TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, and Trans-Resources, LLC (collectively the "TR Entities") will move this court, sitting at 31 Chambers Street, New York, New York 10007, on June 1, 2018, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to CPLR 213, CPLR 214, CPLR 311, CPLR 311-a, CPLR 1001, CPLR

1003, CPLR 3016(b), CPLR 3211(a) (1), (3), (4), (5), (7), (8) and (10), and SCPA 203, SCPA 301, SCPA 306, SCPA 307, and SCPA 308 dismissing the Amended Petition as against the TR Entities.

PLEASE TAKE NOTICE that pursuant to CPLR 2214(b), answering papers, if any, and cross-motion, if any, must be served upon the undersigned at least seven (7) days before the return date of this motion.

Dated: May 7, 2018
New York, NY

                                  SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP

                                  /s/ John Boyle
                                  John Boyle
                                  Four Times Square
                                  New York, New York 10036
                                  (212) 735-3000
                                  john.boyle@skadden.com

                                  *Attorneys for Respondents Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, and Trans-Resources, LLC*

To:

JUDITH LISA BACHMAN, ESQ.
254 S. Main Street, Suite 306
New City, New York 10956
(845) 639-3210

*Attorney for Petitioner Dalia Genger*

KASOWITZ BENSON TORRES LLP
Michael Paul Bowen
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Respondent Orly Genger*

2

KELLEY DRYE & WARREN LLP
John Dellaportas
101 Park Avenue
New York, NY 10178
(212) 808-5000

*Attorneys for Sagi Genger, as Trustee of
the Sagi Genger 1993 Trust*

Mitchell D. Goldberg, Esq.
THE FREYBERG LAW GROUP
950 Third Avenue
32nd Floor
New York, NY 10022
(212) 983-1221

*Attorney for Respondents David Broser
and Arnold Broser*

Leon Friedman
685 Third Ave, 25th floor
New York, N.Y. 10017
(646) 825-4398

*Attorney for Respondent Arie Genger*

3