SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------
In the Matter of DALIA GENGER, trustee of the
ORLY GENGER 1993 TRUST,

                Petitioner,

        -against-                                File No. 2008-0017E

ORLY GENGER, ARIE GENGER, GLENCOVA INVESTMENT
COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC,   Hon. Nora S. Anderson
NEW TR EQUITY II, LLC, TRANS-RESOURCES, INC, ARNOLD
BROSER, DAVID BROSER, JOHN DOES 1-20 AND JANE
DOES 1-20,                                                 Notice of
                Respondents.                         Cross-Motion
-------------------------------------------------------------------------

        PLEASE TAKE NOTICE, that upon the Affirmation of Judith Bachman, dated May 23, 2018, the accompanying Memorandum of Law, and all pleadings and proceedings heretofore had herein, petitioner Dalia Genger, trustee of the Orly Genger 1993 Trust, will cross-move this Court, at 31 Chambers Street, New York, New York 10007, Room 509, on June 1, 2018 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to, <u>inter alia</u>, SCPA §§ 311, 312, 402, 403, 2106 and CPLR 306(b) (i) extending time to serve process (or permitting substituted or nunc pro tunc service) and to file an affidavit of service, and (ii) consolidating this turnover proceeding with the removal proceeding also pending in this Court.

Dated: May 23, 2018
       New City, New York

                                                   *Judith Bachman /DS*
                                                   Judith Bachman, Esq.
                                                   The Bachman Law Firm
                                                   254 S. Main Street, Suite 306
                                                   New City, New York 10956
                                                    845-639-3210