*Judith Lisa Bachman, Esq.*
254 S. Main Street
Suite 306
New City, New York 10956
845-639-3210

New York County Surrogate's Court
MISCELLANEOUS DEPT.

MAY 30 2018

FILED
Clerk_____

May 30, 2018

Via Facsimile
Surrogate's Court of the State of New York
County of New York
Miscellaneous Department
31 Chambers Street,
New York, New York

Re: In Re Dalia Genger, trustee of the Orly Genger 1993 Trust v. Orly Genger, et al.
File No. 2008-0017E

Dear Ladies and Gentlemen:

I represent the Trustee, Dalia Genger, in the above referenced matter.

Per the instructions received via telephone this morning with Surrogate Anderson's chambers, I write regarding the need for an adjournment of the above referenced matter.

As the Court is aware, the return date for motions by the Petitioner and Respondents is now scheduled for June 1, 2018 before Surrogate Anderson.

Due to an unanticipated family obligation, I am unable to appear before the Court on the return date of June 1, 2018.

As a matter of professional courtesy, all counsel have stipulated to adjourn the return date to June 15, 2018. The stipulation (signed in counterparts) is attached.

Please adjust the Court's calendar accordingly. Thank you for your assistance.

Respectfully submitted,

Judith Bachman

cc: All counsel (via email)

New York County Surrogate's Court
MISCELLANEOUS DEPT.

MAY 30 2018

FILED
Clerk_____

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------

In the Matter of DALIA GENGER, trustee of the ORLY
GENGER 1993 TRUST,

                      Petitioner,

           -against-                      File No. 2008-0017E

ORLY GENGER, ARIE GENGER, GLENCOVA INVESTMENT
COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC,    Hon. Nora S. Anderson
NEW TR EQUITY II, LLC, TRANS-RESOURCES, INC, ARNOLD
BROSER, DAVID BROSER, JOHN DOES 1-20 AND JANE
DOES 1-20,
                      Stipulation
                Respondents.
---------------------------------------------------------------

    IT IS HEREBY STIPULATED, by and between the undersigned as follows:

    The return date of the Respondents' Motions to Dismiss and the Petitioner's Cross-Motion be and hereby is adjourned from June 1, 2018 to June 15, 2018. This stipulation may be executed in counterparts.

Dated: May 30, 2018
       New City, New York

| Judith Bachman, Esq. | Michael Bowen |
|---|---|
| Attorney for the Petitioner | Andrew R. Kurland |
| The Bachman Law Firm | Kasowitz Benson Torres LLP |
| 254 S. Main Street, Suite 306 | Attorney for Respondent, Orly Genger |
| New City, New York 10956 | 1633 Broadway |
| 845-639-3210 | New York, New York 10019 |
| | Tel. (212) 506-3306 |
| | Fax. (212) 835-5254 |
| Mitchell D. Goldberg, Esq. | John Boyle |
| The Freyberg Law Group | Skadden, Arps, Slate, Meagher & Flom LLP |
| Attorney for Respondents, Brosers | Attorneys for Respondents, TR Entities |
| 950 Third Avenue | Four Times Square |
| 32nd Floor | |

New York County Surrogate's Court
MISCELLANEOUS DEPT.
MAY 30 2018
FILED
Clerk

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of DALIA GENGER, trustee of the OLRY GENGER 1993 TRUST,

Petitioner,

-against-

ORLY GENGER, ARIE GENGER, GLENCOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, TRANS-RESOURCES, INC, ARNOLD BROSER, DAVID BROSER, JOHN DOES 1-20 AND JANE DOES 1-20,

Respondents.

File No. 2008-0017E

Hon. Nora S. Anderson

Stipulation

IT IS HEREBY STIPULATED, by and between the undersigned as follows:

The return date of the Respondents' Motions to Dismiss and the Petitioner's Cross-Motion be and hereby is adjourned from June 1, 2018 to June 15, 2018. This stipulation may be executed in counterparts.

Dated: May 21, 2018
New City, New York

| | |
|---|---|
| Judith Bachman, Esq.<br>Attorney for the Petitioner<br>The Bachman Law Firm<br>254 S. Main Street, Suite 306<br>New City, New York 10956<br>845-639-3210 | Michael Bowen<br>Andrew R. Kurland<br>Kasowitz Benson Torres LLP<br>Attorney for Respondent, Orly Genger<br>1633 Broadway<br>New York, New York 10019<br>Tel. (212) 506-3306<br>Fax. (212) 835-5254 |
| Mitchell A. Goldberg, Esq.<br>The Freyberg Law Group<br>Attorney for Respondents, Brosers<br>950 Third Avenue<br>32nd Floor | John Boyle<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attorneys for Respondents, TR Entities<br>Four Times Square |

| | |
|---|---|
| New York, NY 10022<br>212.754.9200 Main<br>212.983.1221 Direct<br>212.812.3263 Fax | New York, New York 10036-6522<br>T: 212.735.2527 \| F: 917.777.2527 |
| Leon Friedman<br>Attorney for Respondent, Arie Genger<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>(646) 825-4398 | |

| | |
|---|---|
| New York, NY 10022<br>212.754.9200 Main<br>212.983.1221 Direct<br>212.812.3263 Fax | New York, New York 10036-6522<br>T: 212.735.2527 \| F: 917.777.2527 |
| *[signature]*<br>Leon Friedman<br>Attorney for Respondent, Arie Genger<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>(646) 825-4398 | |