SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13,1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust

File No. 2008-0017E

Hon. Nora S. Anderson

NOTICE OF DISCONTINUANCE

----------------------------------------------------------------

PLEASE TAKE NOTICE that, pursuant to CPLR 3217(a)(1), the Trustee of the Orly Genger 1993 Trust (the "Trust") does hereby voluntarily discontinue the amended petition for turnover of trust property, dated April 12, 2018, and filed on April 13, 2018 (the "Petition"), without prejudice, against ARIE GENGER, ARNOLD BROSER, DAVID BROSER, only. The Petition with regard to ORLY GENGER, GLENCOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY 1, LLC, NEW TR EQUITY 11, LLC, TRANS-RESOURCES, INC., JOHN DOES 1-20 AND JANE DOES 1-20 remains pending and unaffected by this Notice.

Dated: June 20, 2019
New York, New York

Judith Bachman, Esq.
The Bachman Law Firm PLLC
Attorney for Outgoing Trustee,
Dalia Genger
365 S. Main Street, 2nd Floor
New City, New York 10956
845-639-3210

Spencer L. Schneider, Esq.
Spencer L. Schneider, P.C.
Attorney for Successor Trustee,
Michael Oldner
39 Broadway, 32nd Floor
New York, NY 10006
Ph: 212-267-6900

TO: Michael Bowen, Esq.
    Andrew R. Kurland, Esq.
    Kasowitz Benson Torres LLP
    Attorneys for Respondent Orly Genger
    1633 Broadway
    New York, New York 10019

(212) 506-3306

John Boyle, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Respondents TR Entities
Four Times Square
New York, New York 10036
(212) 735-2527

Leon Friedman, Esq.
Attorney for Respondent Arie Genger
685 Third Avenue, 25th Floor
New York, New York 10017
(646) 825-4398

Mitchell D. Goldberg, Esq.
They Freyberg Law Group
Attorneys for Respondents Brosers
950 Third Avenue, 32nd Floor
New York, New York 10022
(212) 754-9000

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------

In the Matter of the Petition of Dalia Genger, as
Trustee of the Orly Genger 1993 Trust, Created by
Trust Agreement Dated December 13, 1993 between
ARIE GENGER, as Grantor, and LAWRENCE M.
SMALL and SASH A. SPENCER, as Trustees, to
Turnover Property to the Orly Genger 1993 Trust

File No. 2008-0017E

Hon. Nora S. Anderson

**AFFIRMATION OF SERVICE**

-----------------------------------------------------------------------

STATE OF NEW YORK ) 
) ss.: 
COUNTY OF NEW YORK )

SPENCER L. SCHNEIDER, being duly sworn, deposes and says:

1. I am Member of the Bar of the State of New York, and I represent counsel for Successor Trustee Michael Oldner. I am not a party in this action, reside in this State and am over 18 years of age. On June 21, 2019, I served a copy of the foregoing voluntarily notice of discontinuance of the amended petition for turnover of trust property against ARIE GENGER, ARNOLD BROSER, DAVID BROSER, only, by mailing same, by first class mail, postage paid to the following counsel: Kasowitz Benson Torres LLP, Attorneys for Respondent Orly Genger, 1633 Broadway, New York, New York 10019; Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for Respondents TR Entities, Four Times Square, New York, New York 10036; Leon Friedman, Esq., Attorney for Respondent Arie Genger, 685 Third Avenue, 25th Floor, New York, New York 10017; and The Freyberg Law Group, Attorneys for Respondents Brosers, 950 Third Avenue, 32nd Floor, New York, New York 10022.

Dated: New York, New York
June 21, 2019

_____
Spencer L. Schneider

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------

In the Matter of the Petition of Dalia Genger, as
Trustee of the Orly Genger 1993 Trust, Created by
Trust Agreement Dated December 13,1993 between
ARIE GENGER, as Grantor, and LAWRENCE M.
SMALL and SASH A. SPENCER, as Trustees, to
Turnover Property to the Orly Genger 1993 Trust

-------------------------------------------------------------------------

File No. 2008-0017E

Hon. Nora S. Anderson

## NOTICE OF VOLUNTARY DISCONTINUANCE

SPENCER L. SCHNEIDER, P.C.
Attorney for Successor Trustee
 Michael Oldner
39 Broadway, 32nd Floor
New York, NY 10006
Tel: (212) 267-2900
sschneider@slsatty.com