New York County Surrogate's Court
MISCELLANEOUS DEPT.

JUL 02 2019

FILED

Clerk_____

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------
In the Matter of the Petition of Dalia Genger, as
Trustee of the Orly Genger 1993 Trust, Created by
Trust Agreement Dated December 13,1993 between
ARIE GENGER, as Grantor, and LAWRENCE M.
SMALL and SASH A. SPENCER, as Trustees, to
Turnover Property to the Orly Genger 1993 Trust
--------------------------------------------------------------------------

File No. 2008-0017E

Hon. Nora S. Anderson

**NOTICE OF
APPEARANCE**

**PLEASE TAKE NOTICE**, that SPENCER L. SCHNEIDER, P.C., by Spencer L.
Schneider, Esq., appears as counsel for Successor Trustee Michael Oldner, and demands that all
past and present given notices or required to be given notices in this case be given to and served
upon the undersigned at the address and telephone number set forth below.

Dated:  New York, New York
        June 20, 2019

SPENCER L. SCHNEIDER, P.C.

By: _____
        Spencer L. Schneider

Attorney for Successor Trustee
 Michael Oldner
39 Broadway, 32nd Floor
New York, NY 10006
Tel: (212) 267-2900
sschneider@slsatty.com

STATE OF ARKANSAS    )
                     ) ss.:
COUNTY OF PULASKI    )

    I, Michael Oldner, residing at 801 Pleasant Valley Drive, #16, Little Rock, AR 72227, do
hereby acknowledge that I am the successor trustee of the Orly Genger 1993 Trust and that
Spencer L. Schneider, P.C. is hereby authorized to appear on my behalf in this Court.

_____
        Michael Oldner

Sworn to before me this
20 day of June 2019

_____
        Notary Public

JAY SANATI
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 10-24-2020
Commission # 12379208

TO:     Michael Bowen, Esq.
        Andrew R. Kurland, Esq.
        Kasowitz Benson Torres LLP
        Attorneys for Respondent Orly Genger
        1633 Broadway
        New York, New York 10019
        (212) 506-3306

        John Boyle, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        Attorneys for Respondents TR Entities
        Four Times Square
        New York, New York 10036
        (212) 735-2527

        Leon Friedman, Esq.
        Attorney for Respondent Arie Genger
        685 Third Avenue, 25th Floor
        New York, New York 10017
        (646) 825-4398

        Mitchell D. Goldberg, Esq.
        The Freyberg Law Group
        Attorneys for Respondents Brosers
        950 Third Avenue, 32nd Floor
        New York, New York 10022
        (212) 754-9000

        Judith Bachman, Esq.
        The Bachman Law Firm PLLC
        Attorney for Outgoing Trustee,
        Dalia Genger
        365 S. Main Street, 2nd Floor
        New City, New York 10956
        845-639-3210

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Petition of Dalia Genger, as
Trustee of the Orly Genger 1993 Trust, Created by
Trust Agreement Dated December 13,1993 between
ARIE GENGER, as Grantor, and LAWRENCE M.
SMALL and SASH A. SPENCER, as Trustees, to
Turnover Property to the Orly Genger 1993 Trust

---

File No. 2008-0017E

Hon. Nora S. Anderson

**AFFIRMATION**
**OF SERVICE**

STATE OF NEW YORK )
                ) ss.:
COUNTY OF NEW YORK )

SPENCER L. SCHNEIDER, being duly sworn, deposes and says:

    1. I am Member of the Bar of the State of New York, and I represent counsel for
Successor Trustee Michael Oldner. I am not a party in this action, reside in this State and am
over 18 years of age.  On June 25, 2019, I served a copy of the foregoing notice of appearance
by mailing same, by first class mail, postage paid to the following counsel: Kasowitz Benson
Torres LLP, Attorneys for Respondent Orly Genger, 1633 Broadway, New York, New York
10019;  Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for Respondents TR Entities,
Four Times Square, New York, New York 10036;  Leon Friedman, Esq., Attorney for
Respondent Arie Genger, 685 Third Avenue, 25th Floor, New York, New York 10017; and
The Freyberg Law Group, Attorneys for Respondents Brosers, 950 Third Avenue, 32nd Floor,
New York, New York 10022.

Dated: New York, New York
      June 25, 2019

                                       Spencer L. Schneider

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------------

In the Matter of the Petition of Dalia Genger, as            File No. 2008-0017E
Trustee of the Orly Genger 1993 Trust, Created by
Trust Agreement Dated December 13,1993 between            Hon. Nora S. Anderson
ARIE GENGER, as Grantor, and LAWRENCE M.
SMALL and SASH A. SPENCER, as Trustees, to
Turnover Property to the Orly Genger 1993 Trust
--------------------------------------------------------------------------------


---

## NOTICE OF APPEARANCE

---


SPENCER L. SCHNEIDER, P.C.
Attorney for Successor Trustee
 Michael Oldner
39 Broadway, 32nd Floor
New York, NY 10006
Tel: (212) 267-2900
sschneider@slsatty.com