SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust. | File No.: 2008-0017/E<br><br>Surrogate Nora S. Anderson |
| Dalia Genger, Trustee of the Orly Genger 1993 Trust,<br>      Petitioner<br>-against-<br>Orly Genger, et al.,<br>      Respondents. | |

New York County Surrogate's Court
MISCELLANEOUS DEPT.

JUL 16 2019

FILED
Clerk

PLEASE TAKE NOTICE that, on July 12, 2019 (the "Petition Date") at approximately 8:30 p.m. eastern time, respondent Orly Genger filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Texas, under Case No. 19-bk-10926.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11. U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative, or other action or proceeding against respondent Orly Genger that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date. Additional information about the bankruptcy can be obtained by reviewing the docket of the matter (*see* https://www.txwb.uscourts.gov/) or contacting counsel for debtor at:

    Eric Taube, Esq.
    (512) 385-6400
    Eric.Taube@wallerlaw.com
    Waller Lansden Dortch & Davis, LLP
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701

Dated: New York, New York
July 15, 2019

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:_____
Michael Paul Bowen
(mbowen@kasowitz.com)
Andrew R. Kurland
(akurland@kasowitz.com)
1633 Broadway
New York, NY 10019s
(212) 506-1700

Attorneys for respondent Orly Genger

TO (via FedEx):

Judith Bachman, Esq.
254 S. Main Street
Suite 306
New City, NY 10956

*Counsel for Petitioner Dalia Genger*

Spencer I. Schneider, Esq.
39 Broadway, 32nd Floor
New York, NY 10006

*Counsel for Successor Trustee Michael Oldner*

John Dellaportas, Esq.
EMMET, MARVIN & MARTIN LLP
120 Broadway, 32nd Floor
New York, NY 10271

*Counsel for Sagi Genger*

John Boyle
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

*Counsel for Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, and Trans-Resources, LLC*

Leon Friedman
685 Third Avenue, 25th Floor
New York, NY 10017

*Counsel for Respondent Arie Genger*

Mitchell D. Goldberg, Esq.
THE FREYBERG LAW GROUP
950 Third Avenue, 32nd Floor
New York, NY 10022

*Counsel for Respondents David Broser and Arnold Broser*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust. | File No.:   2008-0017/E<br><br>Surrogate Nora S. Anderson |
| Dalia Genger, Trustee of the Orly Genger 1993 Trust,<br><br>    Petitioner,<br><br> -against-<br><br>Orly Genger, et al.,<br><br>    Respondents. | |

## AFFIRMATION OF SERVICE

I am an attorney admitted to practice before the Courts of the State of New York. On July 15, 2019, on behalf of respondent Orly Genger, I caused to be served by FedEx overnight delivery a true and correct copy of respondent Orly Genger's Notice of Bankruptcy, dated July 15, 2019 on counsel at the following addresses:

Judith Bachman, Esq.
254 S. Main Street
Suite 306
New City, NY 10956

*Counsel for Petitioner Dalia Genger*

Spencer I. Schneider, Esq.
39 Broadway, 32nd Floor
New York, NY 10006

*Counsel for Successor Trustee Michael Oldner*

John Dellaportas, Esq.
EMMET, MARVIN & MARTIN LLP
120 Broadway, 32nd Floor
New York, NY 10271

*Counsel for Sagi Genger*

John Boyle
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

*Counsel for Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, and Trans-Resources, LLC*

Leon Friedman
685 Third Avenue, 25th Floor
New York, NY 10017

*Counsel for Respondent Arie Genger*

Mitchell D. Goldberg, Esq.
THE FREYBERG LAW GROUP
950 Third Avenue, 32nd Floor
New York, NY 10022

*Counsel for Respondents David Broser and Arnold Broser*


Dated: New York, New York
July 15, 2019

                                            Andrew R. Kurland