SURROGATE'S COURT : NEW YORK COUNTY
-----------------------------------------X
In the Matter of the Petition of
Dalia Genger, as Trustee of The Orly
Genger 1993 Trust Established
on December 13, 1993, by

        ARIE GENGER,

              Grantor,

for Turnover of Property.
-----------------------------------------X

New York County Surrogate's Court
Date: AUGUST 20, 2019

File No. 2008-0017/E

A N D E R S O N, S.

    The court has been notified that Orly Genger, a respondent in the above-captioned turnover proceeding, has filed for bankruptcy, pursuant to Chapter 7 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Western District of Texas under Case No. 19-bk-10926. Accordingly, this proceeding has been automatically stayed (*see* 11 USC § 362).

    Proceed accordingly.

Dated: August 20, 2019

                                          S U R R O G A T E