UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor.<br><br>Dalia Genger, trustee of The Orly Genger 1993 Trust,<br>    Petitioner,<br>    - against -<br>Orly Genger, Arie Genger, Glenclova Investment Company, TR Investors, LLC, New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20, and Jane Does 1-20,<br>    Respondents. | SDNY Case No. 19-cv-9365 (UA)<br><br>N.Y. Cty. Surrogate's Court File No.: 2008-0017/E |

## **STATEMENT UPON REMOVAL**

Pursuant to Rule 9027(e)(3), The Orly Genger 1993 Trust does not consent to entry of final orders or judgment by a United States Bankruptcy Judge.

The Orly Genger 1993 Trust will file a motion to remand this matter to Surrogate's Court and will oppose any motion to transfer to the Western District of Texas.

Dated: October 22, 2019
      New York, NY

Respectfully submitted,

POLLOCK COHEN LLP

By:   /s/ *Adam Pollock*
    Adam Pollock
60 Broad St., 24th Fl.
New York, NY  10004
(212) 337-5361
Adam@PollockCohen.com
*Attorneys for The Orly Genger 1993 Trust, through Michael Oldner, Trustee*

To (via USPS First Class Mail):

    Andrew R. Kurland, Esq.
    Michael Paul Bowen, Esq.
    Kasowitz Benson Torres LLP
    1633 Broadway
    New York, NY 10019
    *Counsel to the Bankruptcy Trustee*

    John Dellaportas, Esq.
    Emmet Marvin & Martin LLP
    120 Broadway, 32nd Floor
    New York, NY  10271
    *Counsel to Sagi Genger 1993 Trust & Sagi Genger*

    Steven Riker, Esq.
    Law Office of Steven Riker
    One Grand Central Place, 46th Floor
    New York, NY 10165
    *Guardian Ad Litem*

    Chris Gartman, Esq.
    Hughes Hubbard & Reed LLP
    One Battery Park Plaza, 16th Floor
    New York, NY 10004
    *Counsel to Arnold Broser and David Broser*

    Natalie Bedoya McGinn, Esq.
    Gerald Greenberg, Esq.
    Gelber Schachter & Greenberg, P.A.
    1221 Brickell Avenue, Suite 2010
    Miami, FL 33131
    *Counsel to Arie Genger*

    John Boyle, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    4 Times Square
    New York, NY 10036
    *Counsel to Glenclova Investment Company, TR Investors, LLC,*
    *New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc.*